**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00028-LTB

JUAN VIANEZ,

    Plaintiff,

v.

D, BARKEBILE, Warden,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On June 28, 2013, Plaintiff submitted a motion, ECF No. 29, to the Court. Pursuant to the Court's May 6, 2013 Minute Order the motion is ordered stricken. The Court will entertain monetary sanctions if Plaintiff continues to file inappropriate documents in this action.

Dated: July 1, 2013

---