**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00028-LTB

JUAN VIANEZ,

    Plaintiff,

v.

D, BARKEBILE, Warden,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On July 8, 2013, Plaintiff submitted a motion, ECF No. 31, to the Court. Pursuant to the Court's May 6, 2013 Minute Order the motion is ordered stricken.

Dated:  July 9, 2013