**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00028-LTB

JUAN VIANEZ,

    Plaintiff,

v.

D, BARKEBILE, Warden,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On July 16 and 26, 2013, Plaintiff submitted filings to the Court. Pursuant to the Court's May 6, 2013 Minute Order the filings are ordered stricken.

Dated: July 31, 2013